(Réap. Dec. 8406)

VALLEY EVAPORATING CO. v. UNITED STATES

Entry No. 49–R.

(Decided March 17, 1955)

*Lawrence & Tuttle* for the plaintiff.
*Warren E. Burger*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge:  This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

1)  The market value or price at the time of exportation of the American apples in boxes of United States origin involved in this case, at which such or similar merchandise was freely offered for sale for home consumption to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, was US $0.64 per bushel of 50 pounds, which included the total cost of alterations of the type referred to in *Hallauer v. US*, 40 CCPA (Customs) 197, CAD 518, of US $0.113 per bushel of 50 pounds and the value of the boxes of United States origin $0.265 per bushel of 50 pounds.

2)  The American apples in boxes of United States origin involved in this case are of the same character as the American apples in boxes of Canadian origin in the case of *Hallauer v. US*, 40 CCPA (Customs) 197, CAD, 518, and the record therein may be incorporated herein.

3)  There was no higher export value for such or similar American apples in boxes of United States origin at the time of exportation thereof.

4)  This case may be submitted on the foregoing stipulation.

On the agreed facts I find the foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930, as amended by section 8 of the Customs Administrative Act of 1938, to be the proper basis for the determination of the value of the merchandise here involved, and that such value was United States dollars 0.64 per bushel of 50 pounds,

which included United States dollars 0.113 per bushel of 50 pounds for the total cost of alterations, and United States dollars 0.265 per bushel of 50 pounds for the value of the boxes of United States origin.

Judgment will be entered accordingly.